UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARION KILER, Individually and as the
representative of a class of similarly situated persons,

                                                                                         Case No.   1:19-cv-6632-AMD-SMG

                                   Plaintiff,
                - against -

SANMEDICA INTERNATIONAL, LLC                  **NOTICE OF SETTLEMENT**
d/b/a Serovital.com,

                                  Defendant.
------------------------------------------------------------X

       Now comes the Plaintiff, Marion Kiler, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

       1.  The parties have reached an agreement and a settlement agreement ("Agreement") is in the process of being finalized.  Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Consent Decree for the Court's consideration and will submit a Notice of Voluntary Dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

       2.  The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

       3.  We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the terms of the Agreement have been satisfied.

Dated:  Scarsdale, New York
           February 26, 2020

                                                      SHAKED LAW GOUP, P.C.
                                                      Attorneys for Plaintiff

                                               By: _/s/Dan Shaked_____
                                                  Dan Shaked (DS-3331)
                                                  14 Harwood Court, Suite 415
                                                  Scarsdale, NY 10583
                                                  Tel. (917) 373-9128
                                                  e-mail: ShakedLawGroup@Gmail.com